RECEIVED
SEP 17 2003
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LAWRENCE LAWSON, )
)
Plaintiff, )
)
vs. ) Cause No.: 4:02CV01568 SNL
)
MIDDENDORF MEAT COMPANY, et al. )
)
Defendant. )

So ordered - 9/19/03

**STIPULATION OF DISMISSAL**

COME NOW Plaintiff Lawrence Lawson and Defendants Middendorf Meat Company and Performance Food Group Company, by and through their respective counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(i), and hereby voluntarily dismiss the above-cause with prejudice, each party to bear their own costs and attorney's fees.

Respectfully submitted,

**LAW OFFICE OF KRISTIN F. WHITTLE, L.L.C.**

Kristin Whittle Parke #36549
1010 Market Street, Suite 1605
St. Louis, MO 63101
(314) 241-5291
(314) 241-5290 facsimile

Attorney for Plaintiff Lawrence Lawson

**GREENSFELDER, HEMKER & GALE, P.C.**

Mark J. Rubinelli #4226
2000 Equitable Building
10 S. Broadway
St. Louis, MO 63102-1774
(314) 345-4746
(314) 241-3643 facsimile

Attorneys for Defendants Middendorf Meat Company and Performance Food Group Company

18

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 09/19/03 by cahring

4:02cv1568 Lawson vs Middendorf Meat Co

42:2000e Job Discrimination (Employment)

Mark Rubinelli - 4226 Fax: 314-241-3643

Kristin Whittle Parke - 36549
LAW OFFICE OF KRISTIN F. WHITTLE, L.L.C.
1010 Market Street
Suite 1605
St. Louis, MO 63101

SCANNED & FAXED BY
SEP 19 2003
SAJ